# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LAMIA DENICE HERBERT,

) **SEALED**
) CR NO: 2:13-MJ-122 EFB
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum.

Name of Detainee: **LAMIA DENICE HERBERT,**

Detained at (custodian): **San Joaquin County Jail**

Detainee is:   a.)   ☐ charged in this district by:
           ☐ Indictment    ☐ Information    ☒ Complaint
           Charging Detainee With: **Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)**

or     b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or     b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary August 2, 2013 in the Eastern District of California.*

Signature: /s/ Michael D. McCoy
Printed Name & Phone No: **Michael D. McCoy, (916) 554-2700**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *August 2, 2013*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 1, 2013                                          /s/ Kendall J. Newman
Date                                                    United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male ☐ | Female ☒ |
| Booking or CDC #: | 13-05620 | DOB: | 02/06/1983 |
| Facility Address: | 7000 Michael Canlis Blvd | Race: | Black |
| | Crench Camp, CA 95231 | FBI #: | 725409MB8 |
| Facility Phone: | (209) 468-4400 | | |
| Currently Incarcerated For: | Felon in Possession | | |

### RETURN OF SERVICE

Executed on _____ by _____    _____
                                                  (Signature)

Form Crim-48                                                          Revised 11/19/97